UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP 11 A 11: 55

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
   Plaintiff )
)
V. )   No. 114-cr-084
)
CHRISTOLIANA GERHARDT- )
CHAPMAN, )
)
   Defendant )

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned case (Doc. No. 5). The Court finds a basis for the dismissal. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motion is **GRANTED**.

SO ORDERED this ___11th___ day of September, 2014 at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA